

# IN THE
## TENTH COURT OF APPEALS

### No. 10-09-00265-CR
### No. 10-09-00266-CR

## EX PARTE ERIC DALE ANGELO

**From the 19th District Court
McLennan County, Texas
Trial Court Nos. 2009-726-C2 and 2009-603-C2**

## MEMORANDUM OPINION

Eric Dale Angelo filed with this Court two pre-trial applications for writ of habeas corpus seeking reductions in his pre-trial bond. By letters dated August 18, 2009 and August 26, 2009, the Clerk of this Court notified Angelo that the proceedings were subject to dismissal for want of jurisdiction because it appeared this Court does not have the authority to issue pre-trial writs of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (Vernon 2005); *see also* TEX. CONST. art. V, § 6. Angelo was warned that the proceedings may be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the proceedings. No response has been received from Angelo.

Accordingly, these proceedings are dismissed.  *See* TEX. R. APP. P. 44.3.


TOM GRAY<br>Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Writ dismissed
Opinion delivered and filed October 7, 2009
Do not publish
[OT06]